affirmed, with ten dollars costs and disbursements. No opinion. Present—Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

H. RANDOLPH GUGGENHEIMER, Individually, and for the Benefit of All Other Stockholders, etc., Respondent, v. THE BEAVER BOARD COMPANIES, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ. [136 Misc. 511.]

HOWARD LeC. ROOME, INC., Respondent, v. TISHMAN REALTY & CONSTRUCTION CO., INC., Appellant. RICHARD L. MONTAIGNE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

HOWARD LeC. ROOME, INC., Respondent, v. TISHMAN REALTY & CONSTRUCTION CO., INC., Appellant. RICHARD L. MONTAIGNE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ALEX MARKULLISS, Respondent, v. LEHIGH VALLEY COAL COMPANY, Appellant. — Order so far as appealed from reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ARMOUR & COMPANY, Respondent, v. DAVID MAYER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LESTER ROE CHARLES, Respondent, v. RUSSELL NELSON, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

P. ROLAND DICKSON, Appellant, v. DEUTSCHE BANK, Respondent.— Order modified by denying motion as to item 8 in the notice of motion, and granting the same in all other respects, and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ESTATE PROPERTY CORPORATION, Appellant, v. HUDSON COAL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

FARR HYDRAULIC SYSTEMS, INC., Appellant, v. LUCY S. C. JOHNSTON and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of Craig v. City of New York (228 App. Div. 275). Present—Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

HENRIETTA GOLDSTEIN, Respondent, v. RACHAEL GOLDSTEIN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch; McAvoy and Sherman, JJ.

THOMAS R. T. MAURICE, Respondent, v. JOHN J. WHITE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

NETTIE HAUSER and Others, Appellants, v. BELLA FELDMAN and Others,